UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILLIAM SCALES; TASKEM,

                Plaintiffs,

    -against-

ZELLE,

                Defendant.

25-CV-7454 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

By order dated September 12, 2025, the Court directed Plaintiffs Taskem and William Scales, within thirty days, to pay the $405.00 in fees required to file a civil action in this court.[1] That order specified that failure to comply would result in dismissal of the complaint. Plaintiffs have not filed paid the fees, and the time to do so has expired. Accordingly, the complaint is dismissed without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue). Judgment shall enter.

    SO ORDERED.

Dated:   October 14, 2025
           New York, New York

                              /s/ Laura Taylor Swain
                                LAURA TAYLOR SWAIN
                              Chief United States District Judge

---

[1] As Plaintiff is aware, an artificial entity like Taskem cannot proceed *in forma pauperis* (IFP), and Scales was barred from proceeding IFP in any new action on or after July 23, 2025, *see Global Media Network v. Pandora*, ECF 1:25-CV-5555, 7 (S.D.N.Y. Sept. 11, 2025). This action was filed on September 8, 2025, after that effective date. Scales is also on notice that Taskem must have counsel to bring suit. See 28 U.S.C. § 1654.