UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILLIAM SCALES; TASKEM,

                Plaintiff,

-against-

ZELLE.,

                Defendant.

25-cv-7454 (LTS)

CIVIL JUDGMENT

For the reasons stated in the October 14, 2025, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:  October 16, 2025
         New York, New York

                                            /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                       Chief United States District Judge